**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 25-mj-09001-PAS |
| | ) |
| BRENDAN JONATHAN MULLANE | ) |

**MOTION TO WITHDRAW**

Undersigned counsel moves to withdraw his appearance and for the appointment of successor counsel to represent the Defendant.  There has been a breakdown in the attorney-client relationship and Mr. Mullane has directed the undersigned to withdraw.

Respectfully submitted,
BRENDAN JONATHAN MULLANE
By his Attorney,

*/s/ Scott Lauer*
Scott Lauer, BBO# 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Telephone 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 20, 2025.

*/s/ Scott Lauer*
Scott Lauer
