# CALENDAR CALL NOTICE

Counsel of record in the below-captioned cases are hereby notified that the matters have been placed on the quarterly trial calendar call. The calendar call will be held before United States District Judge Mary S. McElroy on 4/17/2026 at 10:00 am via Zoom.

In response to this notice, counsel must either: (1) attend the calendar call at the above-referenced date and time; or (2) file a motion to continue the matter to the next quarterly calendar call, which is scheduled for 7/17/2026 at 10:00 am. A motion to continue the calendar call must be assented to and filed prior to the calendar call and must conform to the provisions of LR Cr 12 and this notice. If a non-assented to motion to continue is filed, any objection must be filed within 2 days, and the matter will remain on the quarterly calendar call.

Counsel attending the calendar call must be prepared to select a date in the forthcoming 90-day period to hold the final pre-trial conference and the trial. Additionally, counsel attending the calendar call should be prepared to provide the Court with an estimate of the trial.

_____
Mary S. McElroy, US District Judge
Date: 3/30/2026

https://www.zoomgov.com/j/1619255150
Meeting ID: 161 925 5150
Passcode: 235250

Criminal Cases:

CR21-94MSM – USA v. Felix Robles
CR22-93MSM – USA v. Jeremy Barton
CR22-95MSM – USA v. Mayoer Vann
CR23-02MSM – USA v. Mike Kim
CR23-62MSM – USA v. Alessio Dandrea
CR23-102MSM – USA v. Gregory Lombardi
CR23-105-01MSM – USA v. Coty Eldred
CR23-105-03MSM – USA v. John Dailey
CR23-105-04MSM – USA v. Pedro Faberlle
CR24-16MSM – USA v. Sean Patrick Stevens
CR24-44-01MSM – USA v. Cyril Murray
CR24-44-02MSM – USA v. Angel Rivera
CR24-44-06MSM – USA v. Fernando Camacho
CR24-53MSM – USA v. Meahan Shine
CR24-70-02MSM – USA v. Thevenyn Nova Rosario
CR24-70-03MSM – USA v. Raymel Esmeraldo Mullix Vasquez
CR24-77-01MSM – USA v. Belter Giron
CR24-77-02MSM – USA v. Alberto Rivera
CR24-77-03MSM – USA v. Richard Robinson
CR24-77-04MSM – USA v. Onix Eduardo
CR24-88MSM – USA v. Jack Ranallo
CR24-98MSM – USA v. Lennyn Perez
CR25-19MSM – USA v. Jason Johnson
CR25-39MSM – USA v. Geisil Yancarlos Gonzalez
CR25-44MSM – USA v. Luis Martinez
CR25-46MSM – USA v. Joscar Ocasio Pantojas
CR25-47-01MSM – USA v. Nanjun Song
CR25-47-02MSM – USA v. Jirui Liu
CR25-47-03MSM – USA v. Xiang Li
CR25-47-04MSM – USA v. Xuehai Sun
CR25-47-06MSM – USA v. Wing Kit Ho
CR25-47-07MSM – USA v. Zhenyang Xin
CR25-50MSM – USA v. Esteban Valencia-Villalobos
CR25-83MSM – USA v. Jonathan Graziano
CR25-89MSM – USA v. Alberto Rivera
CR25-89MSM – USA v. Kuron Mitchell
CR25-102MSM – USA v. Richard Robinson
CR25-123MSM – USA v. Brian Slutzkin
CR25-125MSM – USA v. Balla Sidibe

CR25-131MSM – USA v. Julian Conteras
CR25-132MSM – USA v. Josue Carmona German
CR25-136MSM – USA v. Minbin Lin
CR26-09MSM – USA v. Emmanuel Rosado Pena
CR26-11-01MSM – USA v. Cody Skelton
CR26-11-02MSM – USA v. Alex Faccini

District of Massachusetts:
CR25-10201MSM – USA v. Brendan Jonathan Mullane