UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | No. 25-CR-10201-MSM |
| v. | |
| **Brendan Jonathan Mullane** | |

**DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS
TO PERMIT TRAVEL TO FLORIDA**
*(ASSENTED TO BY GOVERNMENT & PROBATION)*

Defendant Mullane hereby moves that the conditions of release be modified to permit him to travel to Florida to participate in a federal court hearing. The Government and Probation assent to this motion. As grounds therefor:

Mr. Mullane has a pending civil action in the Southern District of Florida, *Mullane v. Moreno, et al.*, No. 20-cv-21339-LB. An in-person motion hearing and scheduling conference has been scheduled for April 28, 2026, in Key West, FL. The Order is provided as Attachment 1. Mr. Mullane wishes to travel to Florida to attend the hearing in compliance with the court's Order.

He wishes to depart on April 26th and return on April 29th.

For these reasons, the conditions of release should be modified to permit the requested travel. Probation and the government assent to the travel, with all other release conditions remaining in effect.

JONATHAN MULLANE
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2025.

/s/ *Keith Halpern*