UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**United States of America**
v.
**Brendan Jonathan Mullane**

No. 25-CR-10201-MSM

**AFFIDAVIT OF DEFENDANT RE MOTION TO DISMISS**

I, Jonathan Mullane, attest:

1. I am the defendant in the above-entitled action.

2. I have reviewed Defendant's Motion to Dismiss.

3. I believe that all of the facts stated in the Background section of the Motion are true, that none are disputed by the government, and that they are documented in the court filings of the two civil cases identified in the Background section of the Motion to Dismiss.

Signed under the penalties of perjury this 26th day of September 2026.

JONATHAN MULLANE