Begin forwarded message:

**From:** "B. Jonathan Mullane" <j.mullane@icloud.com>
**Subject: Fwd: intego**
**Date:** April 15, 2025 at 16:53:59 EDT
**To:** [redacted]
**Cc:** VICTIM B

Dear [redacted]

Should I respond to the message below by honestly and truthfully apprising Professor P[redacted] of my legal situation in the United States?

Should my father and I give his law firm in Belgium a new case to work on? I'm curious to hear your thoughts vis-à-vis a declaratory-judgment action in Brussels pursuant to the ICCPR. Kindly advise as to whether the United States of America and its agents are amenable to waiving formal service pursuant to the Hague Convention.

In light of the ongoing, extended delay of over seven (7) years, I do not foresee Prof. P[redacted] and his colleagues having any difficulties whatsoever in convincing a magistrate judge in Brussels—under settled principles of universal jurisdiction and EU law—that there is no adequate forum in the United States within the meaning of the ICCPR. Nor do I foresee any difficulties in convincing the presiding judge that the American courts are wholly and utterly unable to provide me with a fair, neutral, and detached tribunal in this matter within which a jury trial and subsequent merits-based judgment may be provided in a timely manner (*i.e.*, sometime this decade). Unfortunately, it would appear that federal judges in the United States are appointed by the President as opposed to the federal judiciary itself or the American people—*i.e.*, in contrast with all other civilized, Western democracies. Is this incorrect?

Respectfully,

Jonathan

---

**Jonathan Mullane**

Tel.: +1 (617) 800-6925 | j.mullane@icloud.com

*This e-mail message and any attachments are confidential and may be privileged. Emails transmitted or received shall neither constitute acceptance of conducting transactions via electronic means nor create a binding contract in the absence of a fully signed written agreement.*

**From:** B. Jonathan Mullane <j.mullane@icloud.com>
**Sent:** Tuesday, April 15, 2025 5:36:26 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** VICTIM A [redacted]
**Cc:** [redacted] VICTIM B
**Subject:** Fwd: intego

**CAUTION - EXTERNAL:**

Dear VICTIM A [redacted]

I hereby respectfully move this Honorable Court to schedule and hold the timely due-process hearing to which I am entitled at its earliest convenience. *See e.g.*, U.S. Const. amend. V; ICCPR, art. 14.3 (guaranteeing the right to a speedy trial).

Respectfully submitted,

______________________________

**Jonathan Mullane**

Tel.: +1 (617) 800-6925 | j.mullane@icloud.com

*This e-mail message and any attachments are confidential and may be privileged. Emails transmitted or received shall neither constitute acceptance of conducting transactions via electronic means nor create a binding contract in the absence of a fully signed written agreement.*

**From:** B. Jonathan Mullane <j.mullane@icloud.com>
**Sent:** Tuesday, April 15, 2025 7:49:19 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** VICTIM B
**Cc:** VICTIM A
**Subject:** Re: intego

**CAUTION - EXTERNAL:**

You are going straight to hell when you die VICTIM B Do you know why? Because I wrote that I had suicidal thoughts in my verified complaint, yet you stayed silent and *still* refused to tell the truth to my father and me knowing the foreseeable consequences to my health. And then, you wrote my father an email wherein you doubled-down on your lies. That is a mortal sin; that makes you a bad human being. I feel sorry for you :-(

What kind of Catholic does that? What kind of Satanic church do you go to in Coral Gables where that is normal human behavior? You wasted your entire reputation and legacy as a federal judge for absolutely nothing. So pathetic and sad. Don't worry about me trying to harm you or your family. In fact, I want you to live to be 130 so that, each and every day for the rest of your life, I can continue to remind you of the 100,000+ innocent Venezuelan civilians you helped murder for absolutely no logical reason. You are already living in hell. You are a complete and utter waste of a life.

---

**Jonathan Mullane**

Tel.: +1 (617) 800-6925 | j.mullane@icloud.com

*This e-mail message and any attachments are confidential and may be privileged. Emails transmitted or received shall neither constitute acceptance of conducting transactions via electronic means nor create a binding contract in the absence of a fully signed written agreement.*

**From:** B. Jonathan Mullane <j.mullane@icloud.com>
**Sent:** Tuesday, April 15, 2025 8:30:27 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** VICTIM B [redacted]
**Cc:** [redacted] VICTIM A [redacted]
**Subject:** Re: intego

**CAUTION - EXTERNAL:**

How should I respond to him, in your opinion? I eagerly await your reply, Your Honor.

Do you know why we say "Your Honor" instead of "Monsieur le juge" in French? It's because, after the French Revolution of the 18th century, all aristocratic titles were abolished in Europe. During the Age of Enlightenment, citizens were considered equal. Very strange, I know.

---

**Jonathan Mullane**

Tel.: +1 (617) 800-6925 | j.mullane@icloud.com

This email message and any attachments are confidential and may be privileged. Emails transmitted or received shall neither constitute acceptance of conducting transactions via electronic means nor create a binding contract in the absence of a fully signed written agreement.

**From:** B. Jonathan Mullane <j.mullane@icloud.com>
**Sent:** Tuesday, April 15, 2025 8:30:27 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** VICTIM B [redacted]
**Cc:** [redacted] VICTIM A [redacted]
**Subject:** Re: intego

**CAUTION - EXTERNAL:**

Je devrais lui répondre comment, à votre avis ? J'attends votre réponse avec beaucoup d'impatience, monsieur le juge.

Savez-vous pourquoi on dit "monsieur le juge" au lieu de "votre honneur" en français ? C'est parce que, après la Révolution française du XVIII siècle, tous les titres aristocrates ont été abolies en Europe. Pendant le Siècle des lumières, les citoyens étaient considérés comme égaux. Très étrange, je sais.

---

**Jonathan Mullane**

Tel.: +1 (617) 800-6925 | j.mullane@icloud.com

*This e-mail message and any attachments are confidential and may be privileged. Emails transmitted or received shall neither constitute acceptance of conducting transactions via electronic means nor create a binding contract in the absence of a fully signed written agreement.*

**From:** B. Jonathan Mullane <j.mullane@icloud.com>
**Sent:** Tuesday, April 15, 2025 10:04:40 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** VICTIM B [redacted]
**Cc:** VICTIM A [redacted]
**Subject:** Bad Hombre

**CAUTION - EXTERNAL:**

Dear VICTIM B [redacted]

As a fellow corrupt felon and acolyte of Agent Orange, in your humble opinion, are you the type of “bad hombre” that your orange-colored friend was referring to when discussing Venezuelans residing in the United States? Asking for a friend.

Respectfully yours,

Jonathan

On Apr 15, 2025, at 22:18, B. Jonathan Mullane <j.mullane@icloud.com> wrote:

You ruined my life, you evil fuck. Now I'm going to ruin your precious B'S RELATIVE's life as badly as you did to me, just to get at my father. Eye for an eye; isn't that what the Bible teaches us, VICTIM B?

MULLANE-001600

On Apr 15, 2025, at 22:23, B. Jonathan Mullane <j.mullane@icloud.com> wrote:

Do you think that's fair, VICTIM B? Eye for an eye, as the Bible says? Or should I be more merciful to you than you were to me?

**From:** B. Jonathan Mullane <j.mullane@icloud.com>
**Sent:** Tuesday, April 15, 2025 10:28:45 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** VICTIM B
**Cc:** VICTIM A
**Subject:** Re: Bad Hombre

**CAUTION - EXTERNAL:**

We're all waiting for your answer VICTIM B. Is VICTIM B s precious daughter entitled to more mercy than P[redacted]M[redacted]'s son? Does that sound fair to everyone?