UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**United States of America**
v.
**Brendan Jonathan Mullane**

No. 25-CR-10201-MSM

**MOTION TO WITHDRAW**
**COUNSEL'S MOTION TO WITHDRAW**

Keith Halpern, appointed counsel for the defendant Jonathan Mullane, hereby moves to withdraw his pending motion to withdraw his appearance.

Respectfully submitted,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
Counsel for JONATHAN MULLANE
572 Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2026.

/s/ *Keith Halpern*